**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
MALAIKA MUHAMMAD,                              :
                                               :
            Plaintiff,                  :       25-CV-0766 (VSB) (OTW)
                                               :
            -against-                  :       **ORDER**
                                               :
LONG ISLAND RAILROAD COMPANY,                  :
                                               :
            Defendants.                 :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

      The Court is in receipt of ECF 11.

      The parties request to adjourn the May 7, 2025, initial case management conference is **GRANTED.** The May 7 conference is hereby **ADJOURNED.**

      The parties are directed to file a joint status letter on the docket by **May 30, 2025,** and on the last business Friday of each month thereafter, apprising the Court on the status of discovery (e.g., what discovery has been completed since the last letter, what discovery the parties intend to complete before the next letter, any disputes that require judicial resolution, whether the parties would like to discuss settlement).

      The parties are also directed to meet and confer and include in their May 30 joint status letter whether the parties consent to my jurisdiction for all purposes under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73(b)(1). The parties are reminded that there will be no adverse substantive consequences if they do not consent to my jurisdiction.

The Clerk of Court is respectfully directed to close ECF 11.

**SO ORDERED.**

                                                                _s/ Ona T. Wang_

Dated: May 6, 2025                                   **Ona T. Wang**
       New York, New York                   United States Magistrate Judge