Jamaica Station
Jamaica, NY 11435-4380
718 558-8264 Tel
718 558-8211 Fax

**Robert Free**
President

**Haley H. Stein**
Vice President, General Counsel & Secretary

# MTA Long Island Rail Road

# MEMO ENDORSED.

November 20, 2025

Via ECF

Hon. Ona T. Wang
United States Magistrate Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: Malaika Muhammad v. Long Island Rail Road, 25 CV 766**
**Request to Adjourn Status Conference and Extend Fact Discovery**

Dear Magistrate Judge Wang:

May it please the Court. I write to respectfully request an adjournment of the status conference currently scheduled for December 3, 2025, and an extension of the fact discovery deadline. Plaintiff's counsel consents to both requests.

Discovery is proceeding without issue. Since the last status update on September 30, 2025, the parties have conducted the depositions of the plaintiff and a witness on behalf of the Long Island Rail Road. One additional LIRR witness has since retired, and the parties are working cooperatively to schedule his deposition without the need for a subpoena. We anticipate completing that deposition in December or early January 2026.

Accordingly, the parties jointly request that the fact discovery deadline be extended to January 16, 2026, which aligns with the current deadline for expert discovery. This is the first request to extend any discovery deadlines, and the requested extension will not affect any other deadlines set forth in the Court's May 6, 2025 Order.

Additionally, I will be out of the country on December 3, 2025. The parties are available for a rescheduled status conference on January 14 and January 23, 2026, subject to the Court's availability.

Respectfully submitted,

/s/ Jacob Goins

Jacob Goins

Jamaica Station
Jamaica, NY 11435-4380
718 558-8264 Tel
718 558-8211 Fax

**Robert Free**
President

**Haley H. Stein**
Vice President, General Counsel & Secretary

# MTA Long Island Rail Road

Application **GRANTED.**

Fact discovery deadline is extended to **January 16, 2026.**

The December 3rd Conference is **ADJOURNED** to **Tuesday, January 13, 2026 at 10:30 AM** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. If this date does not work, parties are directed to jointly propose three additional dates.

**SO ORDERED.**

_____
Ona T. Wang                         November 24, 2025
U.S.M.J.