**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

MALAIKA MUHAMMAD,                    :
                                     :
              Plaintiff,             :          25-CV-0766 (VSB) (OTW)
                                     :
       -against-                     :          **ORDER**
                                     :
LONG ISLAND RAILROAD COMPANY,        :
                                     :
              Defendants.            :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a status conference in this matter on Tuesday, January 13, 2026. As

**ORDERED** at the conference:

1.  Fact discovery is extended to Friday, **March 13, 2026.**

2.  Parties are directed to file a joint status letter on the last business Friday of each month,

    beginning on Friday, **January 30, 2026.**

    **SO ORDERED.**


                                                 _s/ Ona T. Wang_
Dated: January 20, 2026                          **Ona T. Wang**
       New York, New York                        United States Magistrate Judge